## BROUGHTON *v.* OHIO.

No. 554.   Decided June 19, 1961.

*Robert L. Merritt* for appellant.

*Jack G. Day* filed a brief for Ohio Civil Liberties Union, as *amicus curiae,* in support of appellant.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

## WEISBERG *v.* OHIO.

No. 808.   Decided June 19, 1961.

*H. H. Felsman* for appellant.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.